# United States District Court
## for the Southern District of Ohio

Thomas Grant,                                              :

                Plaintiff,                     :          Case No.: 2:24-cv-281

                   v.                          :          Judge Watson

Vivek Ramaswamy,                                    :          Magistrate Judge Jolson

                Defendants.                  :

## NOTICE OF NON-ISSUANCE OF SUMMONS

**To: Brian T. Giles, Plaintiff's Counsel**

You have requested the clerk to issue the attached summons.   Fed.R.Civ.P. 4(a) governing the issuance of summons by the clerk states the following:

**(a) Form.**   The summons shall be signed by the clerk, bear the seal of the court, identify the court and the parties, be directed to the defendant, and state the name and address of the plaintiff's attorney or, if unrepresented, the plaintiff. It shall also state the time within which the defendant must appear and defend, and notify the defendant that failure to do so will result in judgment by default against the defendant for the relief demanded in the complaint. The court may allow a summons to be amended.

The submitted summons does not comply with Rule 4(a) for the following reasons:

\_\_\_\_        The summons does not identify the parties in the complaint/amended complaint.

\_\_\_\_        The summons is not directed to the defendant. The defendants are persons named as defendants in the caption of the complaint or, if the complaint is a form civil rights complaint, in Section III, Parts A and B of the form complaint.   If the person to be served is someone other than a named defendant, such as in a case where the United States or an officer or agency of the United States is the named defendant, you must put the named defendant's name after "To:" followed by the name and address of the person to be served, preferably preceded by the designation "c/o."

 X\_\_\_        The summons does not contain the correct name and address of the plaintiff's attorney or, if unrepresented, the plaintiff.   Summons contains forthcoming PHV attorney's information, instead of lead counsel.

\_\_\_\_        Other:

Please resubmit a summons in proper form for issuance.