UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| **THOMAS GRANT,** individually and on behalf of all others similarly situated,<br><br>    *Plaintiff,*<br><br>v.<br><br>**VIVEK RAMASWAMY**, an Ohio resident,<br><br>    *Defendant.* | No. 2:24-cv-00281-MHW-KAJ |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Grant hereby gives notice of the dismissal of this action without prejudice, with each party to bear its own attorneys' fees and costs.

Dated: May 30, 2024

Respectfully submitted,

*/s/ Avi R. Kaufman*
Avi R. Kaufman (pro hac vice)
kaufman@kaufmanpa.com
KAUFMAN P.A.
237 South Dixie Highway, Floor 4
Coral Gables, FL 33133
Telephone: (305) 469-5881

Brian Giles (OH Bar No. 0072806)
bgiles@gilesharper.com
GILES & HARPER, LLC
7247 Beechmont Ave.,
Cincinnati, OH 45230
Telephone: (513) 379-2715

*Attorneys for Plaintiff and the putative Class*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 30, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, and it is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

*/s/ Avi R. Kaufman*
Avi R. Kaufman